Certificate Number: 13858-PAM-DE-034899928

Bankruptcy Case Number: 20-02547


13858-PAM-DE-034899928

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 21, 2020</u>, at <u>5:35</u> o'clock <u>AM EDT</u>, <u>Jacob B Monn</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>September 21, 2020</u>    By:   <u>/s/Iraida Rios</u>

                                                                   Name: <u>Iraida Rios</u>

                                                                   Title: <u>Counselor</u>