In re:

Case No. 20-02547-HWV

Jacob B. Monn

Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 02, 2020 | Form ID: ntcnfhrg | Total Noticed: 23 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacob B. Monn, 246 East 2nd Street, Hummelstown, PA 17036-1701 |
| 5354448 | + | Associated Credit Services, Acct No 1446, 115 Flanders Road, Suite 140, Westborough, MA 01581-1087 |
| 5354449 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Acct No 3744 5608 525****, P.O. Box 982238, El Paso, TX 79998-2235 |
| 5358649 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5354453 | + | Fed Loan Servicing, Acct No 8825 7632 87FD0, P.O Box 60610, Harrisburg, PA 17106-0610 |
| 5359135 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5358852 | + | Oceanside Mortgage Company, 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 5354455 | + | Oceanside Mortgage Company, Acct No 0801015058, 500 South Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 5354457 | | PennState University, Acct No 944250866, Office of the Bursar, 103 Shields Building, University Park, PA 16802-1200 |
| 5354458 | | Phelan Hallinan Diamond, Acct No 2019-CV-08895-MF, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 5354460 | + | The Home Depot, Acct No 6035 3207 1852, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5360278 | + | The Pennsylvania State University, Student Financial Services, 108 Shields Building, University Park PA 16802-1201 |
| 5354462 | + | United Collection Bureau, Acct No 81928364, 5620 Southwyck Blvd, Suite 206, Toledo, OH 43614-1501 |
| 5356440 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5354463 | + | Wells Fargo Card Services, Acct No 4465 4202 9551, P.O. Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5359850 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 02 2020 19:14:24 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5354450 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 02 2020 19:14:24 | Capital One Bank USA, Acct No 5178 0589 3895 ****, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 5354452 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 02 2020 18:59:00 | Credit Collection Service, Acct No 7207 ****, P.O. Box 607, Norwood, MA 02062-0607 |
| 5354451 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 02 2020 18:59:00 | Credit Collection Service, Acct No 7901****, P.O. Box 607, Norwood, MA 02062-0607 |
| 5354454 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 02 2020 19:14:47 | JPMorgan Chase Bank, N.A., Acct No 4147 2024 0046 ****, Attn: Correspondence Mail, LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 5354456 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 02 2020 18:59:00 | PA Department of Revenue, Acct No 1261, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 5354459 | + | Email/Text: bankruptcynotices@psecu.com | Oct 02 2020 18:59:00 | PSECU, Acct No 8096 0943 08L****, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 5354461 | | Email/Text: bankruptcydepartment@tsico.com | Oct 02 2020 18:59:00 | Transworld Systems, Acct No 43339046, P.O. Box 15520, Wilmington, DE 19850-5520 |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2020                      Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Oceanside Mortgage Company bnicholas@kmllawgroup.com |
| Charles J DeHart, III (Trustee) | |
| | TWecf@pamd13trustee.com |
| James M Bach | |
| | on behalf of Debtor 1 Jacob B. Monn JMB@JamesMBach.com staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jacob B. Monn,

    **Debtor 1**

Chapter      13

Case No.     1:20−bk−02547−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**October 28, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: November 4, 2020 <br><br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 2, 2020 |

ntcnfhrg (03/18)