UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: JACOB B. MONN | : | CHAPTER 13 |
| Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| JACOB B. MONN | : | |
| Respondent(s) | : | CASE NO.  1-20-bk-02547 |

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this   1st   day of October, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.   More specifically,

Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon the Means Test calculation and specifically disputes the following amounts:

    a.  Roommate contribution – Line 4

2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

    a.  The plan is underfunded relative to claims to be paid.

3. Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

    a.  Current Profit and Loss Statement for three (3) months – August – October, 2020.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

a. Deny confirmation of debtor(s) plan.
b. Dismiss or convert debtor(s) case.
c. Provide such other relief as is equitable and just.

Respectfully submitted:

/s/Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this 8th day of October, 2020, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

James Bach, Esquire
352 S. Sporting Hill Road
Mechanicsburg, PA   17050

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee