United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jacob B. Monn  
    Debtor

Case No. 20-02547-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Feb 04, 2021     Form ID: pdf010     Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacob B. Monn, 246 East 2nd Street, Hummelstown, PA 17036-1701 |
| 5354448 | + | Associated Credit Services, Acct No 1446, 115 Flanders Road, Suite 140, Westborough, MA 01581-1087 |
| 5354449 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Acct No 3744 5608 525****, P.O. Box 982238, El Paso, TX 79998-2235 |
| 5358649 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5354453 | + | Fed Loan Servicing, Acct No 8825 7632 87FD0, P.O Box 60610, Harrisburg, PA 17106-0610 |
| 5359135 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5358852 | + | Oceanside Mortgage Company, 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 5354455 | + | Oceanside Mortgage Company, Acct No 0801015058, 500 South Broad Street, Suite 100A, Meriden, CT 06450-6755 |
| 5354457 | | PennState University, Acct No 944250866, Office of the Bursar, 103 Shields Building, University Park, PA 16802-1200 |
| 5354458 | | Phelan Hallinan Diamond, Acct No 2019-CV-08895-MF, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 5354460 | + | The Home Depot, Acct No 6035 3207 1852, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5360278 | + | The Pennsylvania State University, Student Financial Services, 108 Shields Building, University Park PA 16802-1201 |
| 5354462 | + | United Collection Bureau, Acct No 81928364, 5620 Southwyck Blvd, Suite 206, Toledo, OH 43614-1501 |
| 5356440 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5354463 | + | Wells Fargo Card Services, Acct No 4465 4202 9551, P.O. Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5359850 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 04 2021 19:00:30 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5354450 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 04 2021 19:00:54 | Capital One Bank USA, Acct No 5178 0589 3895 ****, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 5354452 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 04 2021 18:46:00 | Credit Collection Service, Acct No 7207 ****, P.O. Box 607, Norwood, MA 02062-0607 |
| 5354451 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Feb 04 2021 18:46:00 | Credit Collection Service, Acct No 7901****, P.O. Box 607, Norwood, MA 02062-0607 |
| 5354454 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 04 2021 19:00:30 | JPMorgan Chase Bank, N.A., Acct No 4147 2024 0046 ****, Attn: Correspondence Mail, LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 5354456 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 04 2021 18:46:00 | PA Department of Revenue, Acct No 1261, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 5368771 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 05 2021 08:10:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5364102 | + | Email/Text: bankruptcynotices@psecu.com | Feb 04 2021 18:46:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |

| | | | | |
| --- | --- | --- | --- | --- |
| 5354459 | + | Email/Text: bankruptcynotices@psecu.com | Feb 04 2021 18:46:00 | PSECU, Acct No 8096 0943 08L****, P.O. Box 67013, Harrisburg, PA 17106-7013 |
| 5354460 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 04 2021 19:14:11 | The Home Depot, Acct No 6035 3207 1852 ****, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 5354461 | | Email/Text: bankruptcydepartment@tsico.com | Feb 04 2021 18:46:00 | Transworld Systems, Acct No 43339046, P.O. Box 15520, Wilmington, DE 19850-5520 |
| 5367877 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 04 2021 19:00:37 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 06, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Oceanside Mortgage Company bnicholas@kmllawgroup.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James M Bach | on behalf of Debtor 1 Jacob B. Monn JMB@JamesMBach.com staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor Oceanside Mortgage Company bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:

Jacob B. Monn : Chapter 13

: CASE NO.: 1:20-bk-02547-HWV

**ORDER**

**UPON CONSIDERATION OF** the within MOTION TO WITHDRAW AND/OR DISMISS CHAPTER 13 BANKRUPTCY, it is hereby ordered and directed as follows:

1. The Chapter 13 Petition filed by Jacob B. Monn on August 27th, 2020 is dismissed. Charles J. DeHart III is relieved of his duties, effective immediately.

Dated: February 4, 2021

By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge (LS)