Check No. 2002902

Voucher manifest below. Please save the following pages for your records.

Pay to: CLERK U.S. BANKRUPTCY COURT

***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT JHAUBERT@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 16-01660-HWV | 004-0 | MICHAEL L. CRONE  Original Check written to:  SPRING GROVE AREA AMBULANCE CLUB  P.O. BOX 726  NEW CUMBERLAND, PA 17070- | 5201 | 646.49 | 125.21 | 0.00 | 125.21 |
| 16-04451-RNO | 999-0 | EDMUND G GUTOWSKI  Original Check written to:  EDMUND G GUTOWSKI  1212 ORAM STREET  SCRANTON, PA 18504 | | 0.00 | 7.57 | 0.00 | 7.57 |
| 20-02547-HWV | 999-0 | JACOB B. MONN  Original Check written to:  JACOB B. MONN  246 EAST 2ND ST.  HUMMELSTOWN, PA 17036 | | 0.00 | 2,343.25 | 0.00 | 2,343.25 |