| Fill in this Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jacob | Blair | Monn |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the Middle District of Pennsylvania

Case number: 20-02547

FILED '25 FEB 7 PM 2:39
CLERK, US COURT, PAMB

---

Form 1340 (12/23)

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimant

| Amount: | $2,343.25 |
|---|---|
| Claimant's Name: | Jacob B. Monn |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 216 Cooper St, Mancester, PA 17345<br>717 - 503 - 8874<br>jmonn246@comcast.net |

### 2. Claimant Information

Applicant[2] represents the following:

- [✓] The Claimant is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [ ] The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:

_____

- [ ] If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all other previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation of why doing so is not necessary.

### 3. Applicant Information

Applicant represents the following:

- [✓] Applicant is the Claimant.
- [ ] Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).
- [ ] Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.

Case 1:20-bk-02547-HWV   Doc 33   Filed 02/07/25   Entered 02/07/25 14:45:53   Desc
Main Document      Page 1 of 2

### 4. Supporting Documentation

[✓] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

### 5. Notice to United States Attorney

[ ] Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Middle District of Pennsylvania
William J Nealon Federal Bldg & Courthouse
235 N Washington Ave, Ste 311 Scranton, PA 18503

| 6. Applicant Declaration | 6. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g, 18 U.S.C. § 152. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, see, e.g. 18 U.S.C. § 152. |
| Date: 2\5\25 | Date: _____ |
| *[signature]* | |
| Signature of Applicant | Signature of Co-Applicant (if applicable) |
| Jacob Blair Monn | |
| Printed Name of Applicant | Printed Name of Co-Applicant (if applicable) |
| Address: 216 Cooper St. Manchester, PA 17345 | Address: |
| Telephone: 717-503-8874 | Telephone: |
| Email: jmonn246@Comcast.net | Email: |

*Notary seal: Commonwealth of Pennsylvania - Notary Seal, Kara Hostler, Notary Public, Blair County, My Commission Expires: April 12, 2027, Commission Number: 1433910*

| 7. Notarization | 7. Notarization |
|---|---|
| STATE OF Pennsylvania | STATE OF _____ |
| COUNTY OF Dauphin | COUNTY OF _____ |
| This Application for Unclaimed Funds, dated 2/5/25 was subscribed and sworn to before me this 5 day of February, 20 25 by | This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20___ by |
| who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. | who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. |
| [Notarial wording to be adjusted based on state requirements] | [Notarial wording to be adjusted based on state requirements] |
| (SEAL) Notary Public *[signature]* | (SEAL) Notary Public _____ |
| My commission expires: April 12 2027 | My commission expires: |

Form 1340     Application for Payment of Unclaimed Funds     Page 2