United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                    Case No. 20-02547-HWV

Jacob B. Monn                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                      User: AutoDocke                                    Page 1 of 1

Date Rcvd: Feb 25, 2025                  Form ID: ortext                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2025:**

**Recip ID**      **Recipient Name and Address**
cr        + Jacob B Monn, 216 Cooper St, Mancester, PA 17345-1416

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2025                      Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Oceanside Mortgage Company brian+ecf@briannicholas.com  mccallaecf@ecf.courtdrive.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James M Bach | on behalf of Debtor 1 Jacob B. Monn JMB@JamesMBach.com  staff@jamesmbach.com;staff@ecf.courtdrive.com;r39038@notify.bestcase.com |
| Rebecca Ann Solarz | on behalf of Creditor Oceanside Mortgage Company bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jacob B. Monn

**Debtor 1**

Chapter: 13

Case number: 1:20−bk−02547−HWV

# ORDER

Proceeding Memo on 2/25/2025: Hearing on Application for Payment of Unclaimed Funds held. Record made. Matter continued. IT IS SO ORDERED on 2/25/2025. /s/Henry W. Van Eck (RE: related document(s)33, [37]). Appearances: Douglas Roeder. Hearing scheduled for 3/11/2025 at 09:30 AM at Sylvia H. Rambo US Courthouse, 1501 N. 6th St, Bankruptcy Ctrm 4B, 4th Fl, Harrisburg, PA 17102. (Wilson, Tonia)

Order Text Entries (Form ortext) (2/19)